UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD D. DYSON et al,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-04955 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold D. Dyson  
Correctional Training Facility  
Prisoner Id C-80683  
P.O. Box 689  
(Z-341-L)  
Soledad, CA 93960-0689

Dated: October 25, 2007

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk