Case 3:07-cv-04955-WHA   Document 4-2   Filed 01/22/2008   Page 1 of 2

# EXHIBIT A

C
202 - 160
dd

# SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA
## ABSTRACT OF JUDGMENT
(Commitment to State Prison)

The People of the State of California,         Present:
                                               Hon. STANLEY P. GOLDE
vs.                                                Judge of the Superior Court
                                               David Whitman, Deputy
HAROLD DELANE DYSON                                District Attorney
ANJ502   3011165                               Judy Brown, Asst. Public Defender
5/29/57              Defendant                    Counsel for Defendant

This certifies that on Jan 4, 1984 judgment of conviction of the above-named defendant was entered as follows:
(1) Case No. 77612       Count No. 1
On his plea of Guilty

he was convicted by Plea of Guilty of a felony, to wit: Murder, a violation of Section 187 of the Penal Code of the State of California, as charged in the Information. Pursuant to stipulation, the Court fixed the degree of the offense at 2nd degree. Defendant admitted having personally used a firearm, to wit: a handgun, in the commission and attempted commission of the offense. On the motion of the District Attorney and in the furtherance of justice, the Court ordered the GBI clause dismissed. Defendant's motion for probation is denied.

with prior felony convictions charged and proved or admitted as follows:

| Date | County and State | Crime | Disposition |
|---|---|---|---|
| | " NONE CHARGED " | | |

/actual plus 180 good/worktime for a Total 540 days.
Defendant has been held in custody for 360 days as a result of the same criminal act or acts for which he has been convicted.

X  Defendant ___X___ X armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Section 3024.
     (was was not)

(2) Defendant ___ (was was not) ___ adjudged an habitual criminal within the meaning of Subdivision ___ (a) or (b) ___ of Section 644 of the Penal Code, and the Defendant ___ an habitual criminal in accordance with provisions of Subdivision (c) of that section.

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in state prison of the State of California for the term of 15 years to Life and that he be remanded to the Sheriff of the County of Alameda, and by him delivered to the Director of Corrections of the State of California at California Medical Facility, Vacaville, California.

It is ordered that sentences shall be served in respect to one another as follows:
The term imposed on the use clause shall commence to run immediately and concurrently with the term imposed on the 187 PC, however, said term is stayed pending and Appeal and completion of service on the 187 PC at which time said stay shall become permanent.
and in respect to any prior incompleted sentence(s) as follows:

" THE COURT MAKES NO ORDER "

(4) To the Sheriff of the County of Alameda and to the Director of Corrections at the California Medical Facility, Vacaville, California
Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into the custody of the Director of Corrections at the California Medical Facility, Vacaville, California at your earliest convenience.
Witness my hand and seal of said court  February 1, 1984

RENE' C. DAVIDSON, County Clerk

(SEAL)

By _____, Deputy
(see reverse side for Certification)