# EXHIBIT C



Alameda County
## District Attorney's Office
John J. Meehan, District Attorney

|  |  |
|---|---|
| RE: | Harold Delane Dyson |
| NO.: | 77612 |
| PFN: | ANJ 502 |
| DATE: | January 6, 1984 |

Adult Probation Office
400 Broadway
Oakland, CA 94607

Ladies and Gentlemen:

The following information is provided to assist you in your investigation concerning the above-named defendant:

## VICTIM

Hung Quy Chu

## SUMMARY OF OFFENSE

On February 6, 1983, at approximately 11:15 a.m., Hung Quy Chu pulled his car from the curb on San Pablo Avenue in Oakland and crossed two lanes of traffic to get to a left-hand turn lane at 16th Street. While doing so, he collided with a car driven by the defendant in this case, Harold Dyson. Officer McCune was called by Oakland Police Department radio to respond to the scene. Upon arrival, he saw an everyday fender-bender with no particular damage to either one of the vehicles. Officer McCune talked to Dyson and Mr. Chu to develop an accident report. During that conversation, Harold Dyson seemed no more upset than would anyone who had had his car dented. Upon completion of the report, Mr. Dyson asked the officer if he was going to arrest Mr. Chu. McCune explained that that was not normally done and Dyson went back to his automobile. In preparing a diagram for his report, Officer McCune then paced the distance to the corner of 16th and San Pablo. Once there, he heard what he described as two small pops. He looked in the direction of the pops and saw Mr. Dyson standing two or three feet from the driver's door of Chu's car. Dyson had his hands in the air and as McCune watched, he saw Dyson drop a small metallic object. Still with his hands in the air, Dyson told the officer, "That's right, I shot the son of a bitch." Officer McCune immediately went to arrest Harold Dyson. As he did so, he saw a .25 caliber handgun laying on the ground where he had earlier seen the defendant drop a small metallic object. Dyson was cooperative in going to the officer's car and once in the car told McCune, "You can shoot me or lock me up, it doesn't matter now, my life's over." When Officer McCune went back to the victim's car, he saw Chu

Adult Probation Office
January 6, 1984
Page 2

slumped in the driver's seat with a bullet wound to his chest and his arm. Resuscitation efforts at the scene were unsuccessful and at 12 noon that day Hung Quy Chu was pronounced dead on arrival at Providence Hospital in Oakland.

RECOMMENDATION

It is the recommendation of this Senior Deputy District Attorney that the defendant be sentenced to State Prison for the term prescribed by law.

Very truly yours,

JOHN J. MEEHAN
District Attorney

By: *Alexander M. Selvin*
ALEXANDER M. SELVIN
Senior Deputy District Attorney

AMS:mpb