# EXHIBIT E

PRISON TERMS
**PRISONER: POSTCONVICTION PROGRESS REPORT**

STATE OF CALIFORNIA
C-file copy

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/1/04 to 2/1/05 | | | **PLACEMENT:** Remained at CTF during this period.<br>**CUSTODY:** Medium A.<br>**VOC. TRAINING:** None during this period.<br>**ACADEMICS:** None during this period.<br>**WORK RECORD:** Assigned as Z Wing Porter during this period with positive comments per Correctional Officer Herrgo.<br>**GROUP ACTIVITIES:** None during this period.<br>**PSYCH. TREATMENT:** None during this period.<br>**PRISON BEHAVIOR:** Remained disciplinary free during this period.<br>**OTHER:** |

COPY TO INMATE ON
June 21, 2005

| CORRECTIONAL COUNSELOR'S SIGNATURE | DATE |
|---|---|
| WM Vucina, CCI | 6-13-05 |
| DYSON    C80683    /    CTF-SOLEDAD | |

BPT 1004 (REV 7/86)    Page _1_

BOARD OF PRISON TERMS                                            STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/1/05 to Present | | | **PLACEMENT:** Remained at CTF during this period. <br> **CUSTODY:** Medium A. <br> **VOC. TRAINING:** None during this period. <br> **ACADEMICS:** None during this period. <br> **WORK RECORD:** Assigned as Z Wing Porter during this period with positive comments per Correctional Officer Herreo. <br> **GROUP ACTIVITIES:** None during this period. <br> **PSYCH. TREATMENT:** None during this period. <br> **PRISON BEHAVIOR:** Remained disciplinary free during this period. <br> **OTHER:** |

ORDER:
☐ BPT date advanced by _____ months.          ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.          ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

DYSON                    C80683                    CTF-SOLEDAD

BOARD OF PRISON TERMS                                            STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                    Page _2_

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT                                    ADDENDUM

_____
L. Vucina                    Date  6/6/05
Correctional Counselor I


_____
M. Arfa                      Date  6-15-5
Correctional Counselor II


_____
J/L Clancy                   Date  6/16/05
Facility Captain


_____
D.S. Levorse                 Date  6/20/05
Classification and Parole Representative


DYSON                    C80683                    CTF-SOLEDAD

BPT 1004 (REV 7/86)

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

## LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING          (Life term started 2/8/84)

INSTRUCTIONS
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 9/03 to 2/04 | | | **PLACEMENT:** Remained at CTF during this period.<br>**CUSTODY:** Medium A.<br>**VOCATION:** None during this period.<br>**ACADEMIC:** None during this period.<br>**WORK:** Assigned as Z Wing porter during this period with positive comments and Above Average ratings on CDC 101 chronos dated 10/21/03 and 1/16/04.<br>**GROUP ACTIVITIES:** None during this period.<br>**PSYCH TREATMENT:** None during this period.<br>**PRISON BEHAVIOR:** Remained disciplinary free during this period.<br>**OTHER:** |

CORRECTIONAL COUNSELOR'S SIGNATURE: *[signature]*   DATE: 10/28/04

DYSON, HAROLD   C80683   CTF-SOLEDAD   DEC/2004

BPT 1004 (REV 7/86)                            Page _1_

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 2/04 to Present (10/28/04) | | | **PLACEMENT:** Remained at CTF during this period. **CUSTODY:** Medium A. **VOCATION:** None during this period. **ACADEMIC:** None during this period. **WORK:** Assigned as Z Wing porter during this period with no CDC 101 chronos available in the C File for review. **GROUP ACTIVITIES:** None during this period. **PSYCH TREATMENT:** None during this period. **PRISON BEHAVIOR:** Remained disciplinary free during this period. **OTHER:** TB Alert Dode 22 is dated 5/7/04. |

ORDER:
☐ BPT date advanced by ___ months.     ☐ BPT date affirmed without change.
☐ PBR date advanced by ___ months.     ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

DYSON, HAROLD          C80683          CTF SOLEDAD          DEC/2004

BOARD OF PRISON TERMS                                      STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                Page _2_

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
DECEMBER, 2004 CALENDAR

3

_____
G. Peabody       10/28/04
Correctional Counselor I       Date

_____
J. L. Sareli       10-28-4
Correctional Counselor II       Date

_____
J. L. Clancy       10/29/04
Facility Captain       Date

_____
D. S. Levorse, C&PR  11/1/04
Classification and Parole Representative       Date

DYSON, HAROLD       C80683       CTF-Soledad       DEC/2004